IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WAYNE JACKSON, | * |
|             Plaintiff, | * |
| v. | Case No.5:17-CV-101-TES |
| | * |
| THE BLUE BIRD CORPORATION, | |
| | * |
|             Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 31st day of August, 2018.

                                                  David W. Bunt, Clerk

                                                  s/ Amy N. Stapleton, Deputy Clerk